# THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Catherine A. Kwiatkowski aka Cathy A. Kwiatkowski | : | |
| Debtor | : | CHAPTER 7 |
| | : | |
| FREEDOM MORTGAGE CORPORATION: | : | |
| Movant | : | |
| v. | : | NO. 5:17-03370 JJT |
| | : | |
| Catherine A. Kwiatkowski aka Cathy A. Kwiatkowski | : | |
| Debtor | : | 11 U.S.C Section 362 |
| and | : | |
| Robert P. Sheils, Jr., Esq. | : | |
| Trustee | : | |

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Trustee, Robert P. Sheils, Jr., hereby requests that the Trustee's Objection to Freedom Mortgage Corporation's Motion for Relief from Automatic Stay in the above bankruptcy proceeding be withdrawn without prejudice.

Dated: October 2, 2017

/s/ Jill M. Spott
Jill M. Spott, Esquire
Attorney for Trustee
Sheils Law Associates, P.C.
108 North Abington Road
Clarks Summit, PA 18411
(570) 587-2600
jspottesq@sheilslaw.com